THE STATE v. KRYSTAL, Appellant.

Division Two, October 31, 1899.

*Appeal from St. Louis City Circuit Court.*—HON. JACOB KLEIN, Judge.

AFFIRMED.

MARTIN & BASS for appellant.

EDWARD C. CROW, Attorney-General, for the State.

BURGESS, J.—Defendant was convicted in the circuit court of the city of St. Louis of grand larceny, and his punishment fixed at two years' imprisonment in the State penitentiary. He appeals.

We have examined the record in this case, and find no reversible error. We therefore affirm the judgment.

GANTT, P. J., concurs; SHERWOOD, J., absent.